STATE OF NORTH CAROLINA v. TONY GWYN MINK

No. 7223SC840

(Filed 20 December 1972)

APPEAL by defendant from *Kivett, Judge,* 14 August 1972 Session of Superior Court held in WILKES County.

Defendant, represented by counsel, entered pleas of guilty to two charges of felonious larceny and one charge of larceny punishable as a misdemeanor. From the judgments entered, defendant appealed.

*Attorney General Robert Morgan by James E. Magner, Jr., Assistant Attorney General for the State.*

*Porter, Conner & Winslow by Douglas L. Winslow for defendant appellant.*

VAUGHN, Judge.

Defendant's court appointed counsel, with appropriate candor, states that he is unable to assign error. The record reveals that the trial judge, after due inquiry of defendant and upon sufficient evidence, adjudicated that defendant understandingly and voluntarily entered pleas of guilty. We have reviewed the record proper and find no prejudicial error.

No error.

Judges BRITT and PARKER concur.